# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-11-710 |
| | § § § | |
| SAUL RODRIGUEZ-ALVAREZ | § | |

## O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No 17.). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 30, 2012 |
| Responses are to be filed by: | February 13, 2012 |
| Pretrial conference is reset to: | **February 21, 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 27, 2012 at 9:00 a.m.** |

SIGNED on November 23, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge